886 A.2d 180

IN THE MATTER OF THOMAS J. COLEMAN, III, AN ATTORNEY AT LAW (ATTORNEY NO. 007301990).

December 1, 2005.

## ORDER

The Supreme Court having ordered on November 4, 2005, that **THOMAS J. COLEMAN, III**, of **MOORESTOWN**, who was admitted to the bar of this State in 1990, be suspended from the practice of law for a period of one year, effective December 1, 2005, as a matter of reciprocal discipline based on respondent's suspension from the practice of law in Pennsylvania for practicing law while on inactive status in that State;

And the Court having granted respondent's motions for reconsideration, a stay of the Order of suspension, and oral argument, and having ordered **THOMAS J. COLEMAN, III**, to show cause why he should not be disbarred or otherwise disciplined;

And the Court having heard the arguments of counsel and having reconsidered the disposition of this matter of reciprocal discipline;

And the Court having determined that the misconduct established warrants substantially different discipline from that imposed in Pennsylvania and that a term of suspension is not required as discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that the Order of the Court filed on November 4, 2005, that suspends respondent from the practice of law for a period of one year is hereby vacated; and it is further

ORDERED that **THOMAS J. COLEMAN, III**, is hereby reprimanded; and it is further

ORDERED that the entire record this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.